To: U.S. District Judge
Mr. Brian Jackson
U.S. Mid. of LA.
777 Florida Street
   Suite 139
Baton Rouge, LA. 70801

December 20, 2022

RE: Woodberry v. LeBlanc, et al.
    3:22-CV-00979-BAJ-RLB
    Retaliation - Safety Concerns

Dear Judge Jackson
  Sir, I returned to Hunt Correctional Center yesterday to a very displeasant defendant in the above captioned case (Major Stephanie Gaines), out of continuing the retaliatory acts against me (which are the subject of this civil action), defendant Gaines classified me to Preventative Segregation with some very harsh, and threatening words. As a result, I was classified to Maximum custody (solitary confinement). However, I still have safety concerns with being double celled at this point. As well as the continued retaliation from the defendants.
  Enclosed is a copy of my correspondence to defendant - Jason Russ. Please file it into the record. I have not received proof of service upon the defendants
    Sincerely
    Derrick Woodberry
CC: File
    Jason Russ

To: Jason Russ
Deputy Warden - EHCC Operations
cc: James LeBlanc, Secretary

RE: Request for Protection - Single Space (cell) designation + Cease/Desist Retaliation

Deidre Woodberry v. James LeBlanc, et al.
3:22-cv-00979-BAJ-RLB

December 20, 2022

Dear Sir:
I write to request a formal Protection Hearing or to have a SINGLE CELL (DO NOT Double) designation. I returned to EHCC from DWCC yesterday. However, Major Stephanie Gaines is seeking to continue perpetuating the retaliation upon me by continuing to house me in maximum custody (solitary confinement) despite my eligibility for a reduced status. I later learned I was classified as Preventative Segregation. In light of such, I hereby request Protection (DO NOT Double) status for my own personal safety while I am housed in BEAVER 5.
Also, I ask all retaliatory acts Cease and desist. A copy of this letter is being filed into the civil action refed simultaneously.
This is for your further handling.

cc: file
Clerk - U.S. Md. LA.

Derrick Woodberry #355771
E.H.C.C. Beaver 5D
P.O. Box 174
St. Gabriel, LA. 70776

BATON ROUGE LA 707
21 DEC 2022 PM 2 L

U.S. District Court
c/o Clerk's Office
U.S. Middle Dist. La.
777 Florida Street
Baton Rouge, LA. 70801

SCREEN OK U.S. MARSHAL

Legal Mail

70801-175699

PRISON MAIL
NOT CENSORED
FOR CONTENTS
ELAYN HUNT CORRECTIONAL CENTER NOT RESPONSIBLE