Mr. Derrick Woodberry
#355771 Beaver 5-D
P.O. Box 174
St. Gabriel, LA. 70776

To: Warden Donnie Bordelon
C/o Deputy Warden Jason Russ
Elayn Hunt Correctional Center
6925 Hwy 74
St. Gabriel, LA. 70776

February 26, 2023

Re: Request to Preserve Video Camera
date(s) 2-9-2023 Beaver 5D tier
2-24-2023 Beaver 5D tier

Dear Warden:

I hereby formally request you to please preserve all video surveillance relative to Beaver 5 D tier on February 9, 2023, at 10:15 - 10:45 A.M. and February 24, 2023, 11:50 pm - 12:45 A.M (note it begins on February 23, 2023 then changes to February 24, 23) Please preserve for civil litigation pursuits.

Thank You
Derrick Woodberry

cc: File
RLB - U.S. Magistrate

RECEIVED
MAR - 1 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

United States Magistrate
Hon. Ralph L. Bourgeois
U.S. Md. LA.
777 Florida Street
Baton Rouge, LA. 70801

February 26, 2023

RE: Woodberry v. LeBlanc, et al.
Civil Action No. 979-RLB-BAJ

Dear Magistrate,

Enclosed please find (1) copy of a request to preserve video surveillance footage I have submitted to Warden Donnie Bordelon, c/o Deputy Warden Jason Russ (defendant herein) for the Housing Unit Beaver 5 D tier footage of February 9, 2023, approx 10:15 - 10:45 A.M. and February 23, 2023 approx 11:50 p.m. - 12:45 A.M. February 24, 2023

- 2-9-2023 incident will show the continuous perpetuation of retalitory acts by orders of defendants Langley and Johnson by orders to have me subjected to excessive force (chemical agents) and the falsifying of documents to cover-up these acts.

- 2-23/24-2023 incident will show

defendant Donald Johnson using intimidation tactics by walking around on Unit-3 Beaver 5D at these early morning hours with a 20 oz can of Sabre Red Phantom OC in his hand. Will making comments as he passed plaintiff's cell, in an attempt to intimidate plaintiff for continuing his communication with the Baton Rouge Advocate Reporter via Jpay messages.

Notably, defendant Johnson left his assigned housing unit, and came to Unit-3 where he should not be in violation of Nepotism prohibition (Johnson's wife) was a Captain on Unit-3 this same night. His sole purpose for this was to threaten and intimidate plaintiff.

The videos "if" preserved will help substantiate a TRO and Preliminary Injunction as well as plaintiff's claims.

For record purposes only,

Derrick Woodberry
DERRICK WOODBERRY

cc: file
Jason Russ, Asst Warden

Derrick Woodberry
#355771 #5QD
P.O. Box 174
St. Gabriel, LA
70776

BATON ROUGE LA 707
27 FEB 2023 PM 3 L

SCREENED
OK
U.S. MARSHAL

Clerk of Court
U.S. District Court for the
M.D. of LA
777 Florida Street
Suite 139
Baton Rouge, LA 70801-1712

Legal Mail

70801-171258