3/23/2023

Dear Warden Russ

On 12-19-2023, upon initial intake classification, I informed Classification Mr. Coleman and Major Stephanie Gaines that Eric Bone is a known enemy of mine.

However, I recently was informed that Mr. Eric Bone is NOT listed in my enemy record.

As a precaution, I ask that you have my 12/19/22 enemy notification reviewed and updated, to ensure I am NOT housed or forced to work around Eric Bone, at any time.

I am attaching a printed version of this correspondence to the U.S. District Magistrate, as proof that I instructed you to have Classification review/correct my file.

Thank you for your attention herein,

Warmest Regards

Derrick Woodbury

cc: file
U.S. Magistrate RLB

3/23/2023

Clerk of Court
Middle District of LA.
777 Florida Street
Baton Rouge, LA 70801

RE: Civil Action No. 3:22-CV-00979-BAJ-RLB

Dear Clerk:
Has the court made any recent rulings on my pending motions?

Additionally please file the enclosed into the record

Thank you
Derrick Woodberry

cc: file

Mr. Derrick Woodberry
#355771 Beavers 5
Hunt Correctional Center
P.O. Box 174
St. Gabriel, LA. 70776

RECEIVED
MAR 27 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

March 23, 2023

United States Dist. Court.
Hon. Richard L. Bourgeois
Middle Dist. of Louisiana
777 Florida Street
Baton Rouge, LA. 70801

RE: Civil Action No. 3:22-CV-00979-BAJ-RLB

Dear Magistrate

Enclosed please find (1) copy of a correspondence to Deputy Warden Jason Russ. Sir, I make it a practice to copy my correspondence to this defendant to your office as proof of service. Considering, defendant Russ never responds to any of my letters.
This is for record purposes only.

Sincerely
Derrick Woodberry

cc: file
Dpty Warden Russ.

Patrick Woodburn
#355771 Beaver 5A
P.O. Box 174
St. Gabriel, LA.
70776

Legal Mail

BATON ROUGE LA 707
24 MAR 2023 PM 1 L

SCREENED
OK
U.S. MARS[HAL]

United States District Court
Clerk of Court
Middle District of LA.
777 Florida Street
Baton Rouge, LA. 70801

70801-176699