Mr. Derrick Woodberry
#355771 Beaver SD
P.O. Box 174
St. Gabriel, LA. 70776

April 16, 2023

Clerk, Michael McConnell
U.S. M.D. of LA.
777 Florida Street
Baton Rouge, LA.
70801

RECEIVED
JUN 07 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Case Number: 3:22-CV-00979-BAJ-RLB

Dear Clerk,

I am again writing concerning the status of my case and the pending pleadings. No answer has been filed by the defendants to this date.

Additionally, enclosed is a letter to Judge Brian Jackson / U.S. Magistrate Ralph Bourgeois for consideration.

Thank you in advance for your attention herein.

Warmest Regards
I am
Derrick Woodberry

April 16, 2023

United States District Court
Magistrate Ralph Bourgeois
Middle District of Louisiana
777 Florida Street
Baton Rouge, LA. 70801

RE: Woodberry v. LeBlanc, et al.
    Civil Action Number 3:22-00979-BAJ-RLB

Dear U.S. Magistrate:

This is to inform you that I am continuing to be harassed by the named defendants through orders of Deputy Warden Jason Russ and Assistant Warden Walter Jarrell solely due to my communication with the news media reporter Mrs. Jackie DeRobertis.

On April 14, 2023, Colonel Durbin and Lt. Colonel Lane, per orders of the above named defendants conducted a targeted search of my cell because of emails I sent via JPbS tablet, and my neice sent to Warden Bickslow, Russ, Jarrell from her phone. As a result, my JPbS was confiscated to prevent me from emailing the media. I have proof of ownership & inventories forms that shows

I have been in possession of this media player tablet since 1-11-2023, as it was delivered by Captain R. Kelly to me while in Extended Lockdown.

Colonel Durbin stated he was told to take it because of the emails being sent off.

Sir, these actions are a continuing form of retaliation from my pending civil action.

Furthermore, my case appears to be dormant as the defendants have NOT filed an answer or appearance of record. I am requesting a status hearing in this matter. Please advise.

Sincerely
Derrick Woodberry

cc: file
Dpty Warden Reiss.

Chuck Woodburn
#355771 Dorm D5
P.O. Box 174
St. Gabriel, LA
70776

Legal Mail

Clerk of Court
U.S. Middle District Louisiana
777 Florida Street
Baton Rouge, LA- 70801

BATON ROUGE LA 707
5 JUN 2023 PM 1 L

SCREENED
OK
U.S. MARSHAL
70801