Hon. Brian Jackson
U.S. District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, LA. 70801

22-00979-BAJ-RLB

RECEIVED
OCT 17 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

October 12, 2023

Dear Judge Jackson:

Hello Sir, I write to inform you that I am being subjected to intimidation tactics by the named defendants to my civil action.

Today, I was called to Investigative Services to sign for a legal mailpiece from the defendants attorney. The envelope was clearly marked with the return address of State of Louisiana Jeff Landry. Yet, when I asked defendant Landry why was this unordinary method being utilized to deliver my mail. Defendant Brandy Landry respond we are trying something new when we can't verify the sender.

This is a poor, and inadequate excuse. It is clearly address with the State Attorney General (see attached).

Secondly, I still am suffering the denial of my hobbycraft tools. Despite my being reassigned a hobbyshop box, and the defendants

own policy, practice and procedure permitting me to be able to have the hobbycraft tools retrieved by my family. The defendants refuse to do so and are discriminatorily enforcing the policy. Whereas, they are allowing white offenders such as but not limited to: Michael Wardlow and Ronald Cornewflo to "store" their hobbyshop tools. So that they may retain theirs but exclude me from the same because I am Black and refuse to dismiss the civil action.

In fact, none of these tactics occurred until I began pressing the issue to have initial discovery had in my pending suit.

I ask that this correspondence be made a part of the record.

This is for your information.

Sincerely
Derrick Wortham
#355771 EDIT
P.O. Box 174
St. Gabriel, LA. 70776

**State of Louisiana**
DEPARTMENT OF JUSTICE
**JEFF LANDRY**
ATTORNEY GENERAL
P.O. BOX 94005
BATON ROUGE, LA 70804-9005

G1

7077 3301 74 3001

Derrick Woodberry
DOC#355771
Hunt Correctional Center
P.O. Box 174
St. Gabriel, LA 70776

FIRST-CLASS

ZIP 70802
02 7W
0008029765 OCT 06 2023

US POSTAGE



10/10
C/O Landry
Delivered
(K)

TO: Jason Russ
Deputy Warden Operations
Elayn Hunt Correctional Center
6925 Hwy 74
St. Gabriel, LA. 70776

October 12, 2023

RE: Mail Handling

Dear Sir,

Today, I was subjected to an extraordinary legal mail procedure, that has me extremely alarmed and concerned.

I was called to Investigation Services to sign for a legal mail piece that is clearly marked with the return address

State of Louisiana
Department of Justice
Jeff Landry
Attorney General
P.O. Box 94005
Baton Rouge, LA. 70804.

This was NOT the standard legal mail call-out by M/Sgt. Dumas but by Colonel Beardy Landry. I asked why was my legal mail being delivered this way. Colonel Landry replied this is something we are trying when we can't verify

who sent it. That excuse clearly doesn't pass muster. As previously stated the envelope is from Attorney General Jeff Landry, and it's actually from the attorney representing the State of LA, and all named defendants to the suit I have relative to the harassment & retaliation at this prison.

Sir, I want to know why my mail is being withheld and delivered through alternative methods. Their was a regular legal mail call-out today. Why am I be harassed and treated to such suspicious activity.

I ask you to please respond in writing, and order this practice to stop.

Sincerely,
Derrick Woodley

cc: file

Quink Weatherly
#355771 Bd 101
P.O. Box 174
St. Gabriel, GA.
70776

BATON ROUGE LA 707
16 OCT 2023 PM 1 L

Clerk of Court
U.S. District Court
Mid. of Louisiana
777 Florida Street
Baton Rouge, LA 70801

#355771 Quink Weatherly
777 Florida Street
Baton Rouge, LA 70801

SCREENED

PRISON MAIL NOT CENSORED. NOT RESPONSIBLE FOR CONTENTS. ELAYN HUNT CORRECTIONAL CENTER

Case 3:22-cv-00979-BAJ-RLB    Document 38    10/17/23    Page 7 of 7