UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK WOODBERRY                                           CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                                       NO. 22-00979-BAJ-RLB

RULING AND ORDER

Plaintiff, an inmate now confined at the David Wade Correctional Center, alleges that his civil rights were violated when prison officials retaliated against Plaintiff for exercising his constitutional rights. (Doc. 1). Defendants filed a Motion to Dismiss in response. (Doc. 27). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 42)**, recommending that Defendants' Motion to Dismiss be **GRANTED IN PART**, by dismissing Plaintiff's claims for monetary damages asserted against Defendants in their official capacities, and all of Plaintiff's individual capacity claims not outlined below, as such claims are legally frivolous and fail to state claims upon which relief can be granted, and **DENIED IN PART**, by allowing the following claims to proceed: 1) Plaintiff's Eighth Amendment claim against Defendant Donald Johnson for the attack by a fellow inmate (for which Plaintiff should be granted 21 days to amend his Complaint to allege what physical injuries he sustained by the attack), 2) Plaintiff's First Amendment retaliation claim against Defendants Brandy Landry, Jason Russ, Donald Johnson, and Jason Linzy, with regards to the filing of his Lost Property Claim, and 3) Plaintiff's First

Amendment retaliation claim, asserted against Defendants Brandy Landry, Jason Russ, Donald Johnson, and Jason Linzy, with regards to the filing of his grievance against Defendant Donald Johnson. (Doc. 42). The deadline to object to the Report has passed, without any objection from Plaintiff or Defendants.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that **Defendant's Motion to Dismiss (Doc. 27)** be and is hereby **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's following claims be and are hereby **DISMISSED WITH PREJUDICE**:

1. for monetary damages asserted against Defendants in their official capacities;
2. for relief against Defendants Brandy Landry, Jason Russ, Donald Johnson, and Jason Linzy outside of the Eighth Amendment and First Amendment retaliation claims outlined above; and
3. for relief against Defendants James LeBlanc, Seth Smith, Kirt Guerin, Stephanie Michel, Walter Jarrell, Craig White, Joe Buttross, Gregory Polozola, and Stephanie Gaines.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended Complaint specifically alleging the injuries he sustained through the attack from a fellow inmate by **March 22, 2024**, unless Plaintiff requests to be appointed counsel by the Court. If

Plaintiff requests appointed counsel, the Court will provide a new deadline to file an amended Complaint after discussion with appointed counsel.

**IT IS FURTHER ORDERED** that this matter be and is hereby referred back to the Magistrate Judge for further proceedings consistent with this Order.

Baton Rouge, Louisiana, this 22nd day of February, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**