April 17, 2024

Matthew P. Roth
Assistant Attorney General
Louisiana Department of Justice
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
P.O. Box 94005
Baton Rouge, LA. 70804-9005

RE: Civil Action 22-979-BAJ-RLB
Request to Preserve Video/Audio Footage as Evidence.

Dear Mr. Roth:

I hereby urgently request you please advise your clients in the above named and numbered action to properly preserve ALL video and audio footage of March 25, 2024 from the following:

- D-1 Gate Entrance to Unit longwalk from 5:00pm — 6:00pm, 3/25/2024
- D-1 Gate exit from your walk (Unit Camera longwalk exit 5:00pm — 6:00pm 3/25/2024
- D-1 Canteen (outdoors) facing D-1 Hobbyshop outdoors 5:00pm — 6:00pm 3/25/2024
- D-1 Hobbyshop (Both OUTDOOR ANGLES from 5:00p.m — 6:00p.m 3/25/2024
- D-1 Recreation yard (ALL ANGLES) 5:00pm to 6:00p.m

- D-1 longwalk entrance (gate) 8:00AM - 9:00AM
- D-1 movement sheets for 3/25 & 3/26/2024 at 5:00pm - 6:00pm.

These videos will show an incident of inadequate security, allowing a known violent inmate from Unit-2 Allen Dabney to roam Unit-1 with a weapon, unsearched and never disciplinary sanctioned despite me reporting it to several high ranking officials. Mr. Allen Dabney is apart of the inmate hit crew at Hunt Correctional.

I intend to ask the court to take judicial notice of this incident.

Please advise all named defendants to preserve these videos before the (30) days lapse. I would like confirmation or notice of compliance to this request.

Sincerely,
Danielle Woodberry

cc: file
Jason Russ - defendant (Deputy Warden)
LaOshia Woodberry

Warden Donnie Bordelon
c/o Deputy Warden Jason Russ
Elayn Hunt Correctional Ctr.
6925 Hwy 74
St. Gabriel, LA. 70776

April 17, 2024

RE: Request to Preserve Evidence Video
Camera Footage and Movement Sheet

Dear Warden

Request is hereby made to preserve the video camera footage for March 25 & 26, 2024 prior to the (30) days of alleged unavailability of the video, for the following camera angles

- D-1 gate entrance to Unit-1 longwalk from 5:00p.m - 6:00pm 3/25/2024
- D-1 gate exit from Unit-1 longwalk 5:00pm - 6:00p.m 3/25/2024
- D-1 canteen (outdoor angle) facing D-1 Hobbyshop outdoors 5:00pm - 6:00pm 3/25/2024
- D-1 Hobbyshop (Both) outdoor angles 5:00pm - 6:00pm 3/25/2024
- D-1 Recreation yard (All Angles) 5:00pm to 6:00p.m.
- Movement sheet(s) 3/25/2024 5:00pm - 6:00pm
- D-1 gate entrance 3/26/2024 8:00AM - 9AM

These videos will show offender ALLEN DABNEY from Unit 2, Fox 4 C-tier allowed to roam Unit Yard freely will believed to be armed with a weapon (shank).

I need this video to ask the court to take Judicial Notice thereof in the civil action of case no. 22-00979-BAJ-RLB.

Please provide notice of compliance.

Sincerely,
Derrick Woodberry
#355771 Golf-1
P.O. Box 174
St. Gabriel, LA. 70776


CC: Matthew P. Roth
Hon. Brian A. Jackson
LaOshia Woodberry
File

April 17, 2024

Clerk of Court
U.S. Mid of LA.
777 Florida Street
Baton Rouge, LA. 70801

RECEIVED
APR 22 2024
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

RE: Woodberry v. James LeBlanc, et al.
Civil Action. 22-00979-BAJ-RLB

DEAR CLERK:

Enclosed please find (2) correspondences I would like to file into the record of the above captioned case.

Thank you in advance for your attention and assistance herein.

Sincerely,
Derrick Woodberry

cc: file



BATON ROUGE LA 707
18 APR 2024 PM 2 L

Clerk of Court
U.S. Dist. of LA.
777 Florida Street
Baton Rouge, LA. 70801

Quick Woodberry
#355771 Cajn1 R
P.O. Box 174
St. Gabriel, LA.
70776

PRISO
NOT C
FOR C
ELAYN HUNT CORRECTIONAL CENT

SCREENED
OK
U.S. MARSHAL