United States District Court
Middle District of Louisiana
Hon. Brian A. Jackson
Hon. Ralph L. Bourgeois
777 Florida Street
Baton Rouge, La. 70801

May 4, 2024

Civil No. 22-979-BAJ-RLB

Dear Judge(s)

I am in complete confusion. My case has completely stalled. I have no communicate at all with Mr. Matthew Patrick Roth, counsel for the defense.

Defense counsel has NOT complied with the scheduling order whatsoever.

I have attempted several times to call Mr. Roth, I have even had assistance of family members (mother, neice, nephew and brother) to call, email and leave voice-mail msgs for Mr. Roth. I am completely out of options. I have even spoke to Mrs. Jennifer Durham in an attempt to gain some movement.

All of this, while the retaliatory acts are ongoing and intensifying by the named defendants. (See attached correspondence) to defendant Jason Russ.

I need help. I need counsel appointed to help me with discovery, depositions and trial.

Allowing my case to simply sit on the docket is a waste of judicial economy/resources.

I also have outstanding motions before the court. Is there any way to get my case moving? Get some discovery issues resolved?

Please advise

Sincerely,
Derrick Woodberry

cc: file
Matthew P. Roth, counsel for the defense