To: Hon. Brian A. Jackson
U.S. Dist. Md. LA.
777 Florida St.
Baton Rouge, LA. 70801

November 15, 2024

RE: Woodberry v. LeBlanc, et al.
22-979-BAJ-RLB

RECEIVED NOV 18 2024 U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA DEPUTY CLERK

Dear Judge Jackson

I plead for urgent assistance. I have grave safety concerns, which if not addressed would cause irreparable damages due to very serious bodily harm.

Sir, I have pled my situation repeatedly to Defendant Jason Russ to no avail. I have documented emails that prove an actor of LA. D.P.S. & C "promised" to never allow this documented enemy to come in contact with me again. Warden Bordelon promised to transfer this offender but was fired. Defendant Russ knew of it but refuses to act due to my pending suit that I refuse to drop.

To compound this situation I am being forced to live in close proximity to known/unknown enemies but order of defendant Russ — despite documented advice of his colleagues who warn him of the danger.

Moreover, I was moved to 'Hunt' because of some very sensitive information that was placed "under seal" by your judiciary colleague. Hon. Elizabeth Foote, of the U.S. Western Dist. LA.

page 1 of 2

Furthermore, I am now being held in investigative segregation without any penelogical justification. I was/am subjected to ONGOING RETALIATION such as but not limited to: false disciplinary charges by defendants Landry/Linzy, I have completed 50 days to this date of a 30 day disciplinary sanction for this false charge. Thus 20 plus days beyond the definitive sanction imposed. The review board granted release but Landry Linzy and Russ control ALL inmate movement.

I wrote to Magistrate Bourgeois, and counsels for both parties. I request a pretrial conference but feel I need a TRO - Preliminary Injunction.

Sir, the defendants are also hindering my access to court by withholding legal mail from my counsel of record and delaying scheduling of ZOOM VIDEOS. I truly plead for urgent help. I need the court to be aware of the gravity of this situation on record.

Again, there's very serious extremely sensitive information that warrant swift intervention but this court. Can you please set this for a pre-trial conference with all parties, including defendants Russ and ~~Donald~~ Johnson?

cc: file
K. Mathews / Matthew Roth

Derrick Woodberry
#355771 B4C
page 2 of 2

Derrick Woodberry
#355771 B4C
P.O. Box 174
St. Gabriel, LA.
70776

U.S. MARSHAL

BATON ROUGE LA 707
15 NOV 2024 PM 1 L

United States Middle Dist. LA.
Clerk of Court
7777 Florida Street
Baton Rouge, LA.
70801

Legal Mail

70801-176699