To: U.S. Magistrate Judge
   Hon. Richard L. Bourgeois
   777 Florida Street
   Baton Rouge, LA. 70801

                        November 15, 2024

RE:  Woodberry v. LeBlanc
     22-979-BAJ-RLB


   Dear Judge Bourgeois
      Again I write your office pleading for your
assistance with my ongoing retaliation and
severe safety concerns here at Hunt.
   I don't know if you are aware of the
recent news reports by WBRZ concerning
this facility.
      But I have sensitive and very serious
concerns that need to be addressed.
      Your judicial colleague at the U.S. Western
District of LA. placed my safety concerns
"under seal." I need help. Defendant
Russ is intentionally ignoring my pleas and
placing known enemies in close proximity
to me. I need a pre-trial conference
with my attorney and defendants counsel
ASAP.

                              Derrick Woodberry

cc: file
Kellen Mathews / W. Roth