# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DERRICK WOODBERRY**  **CIVIL ACTION**

**VERSUS**  **22-979-BAJ-RLB**

**JAMES LEBLANC, ET AL.**

## ORDER

A telephone status conference was held on June 23, 2025.

**PRESENT:**     **Kellen J. Matthews**
Counsel for Plaintiff

                **Matthew P. Roth**
Counsel for Defendant

The parties discussed the status of this matter. The Court has received email correspondence from the Plaintiff's family alleging a retaliatory transfer to Louisiana State Penitentiary (LSP) as well as certain modifications to his prison record that put him at a risk of harm. While a transfer to another institution could be for many legitimate purposes, the Court notes that this immediately prior to expiration of discovery and has also led to difficulties by Plaintiff's counsel in preparing their case. As the Court informed the parties on the conference, the timing of all of this is a little suspicious.

Counsel for Defendant confirmed that the transfer occurred but did not have any additional information. He will reach out to LSP to confirm that the plaintiff is secure and also will inquire about the contents of his file and that they have not been improperly modified. In addition, counsel will determine the appropriate personnel and/or steps needed to facilitate contact between plaintiff and his counsel. **By close of business today, June 23, 2025**, defense counsel will email undersigned's chambers and opposing counsel with an update on his efforts.

C:cv38a; T: 00:15

    The parties also discussed the fact that defendant Johnson is currently on medical related leave. His deposition will not be possible within the current deadlines. The parties may conduct his deposition outside of the deadlines without further order of the Court. Any other modifications to the scheduling order must be requested by motion.

    Signed in Baton Rouge, Louisiana, on June 23, 2025.

                                           **RICHARD L. BOURGEOIS, JR.**
                                           **UNITED STATES MAGISTRATE JUDGE**

C:cv38a; T: 00:15